UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY HOSPITAL, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-00589-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>Doc. 7 |

Plaintiff Candace Smith, proceeding pro se and in forma pauperis, filed this civil action on May 16, 2024.  Doc. 1.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed based on plaintiff's failure to prosecute.  Doc. 7.  Specifically, the findings and recommendations found that plaintiff had failed to file a notice of change of address within 63 days of mail directed to plaintiff being returned to the Court as undeliverable as is required by Local Rule 183(b).  *Id.* at 2.  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  *Id*. at 3.  No objections were filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de

1

novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on November 13, 2024, Doc. 7, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 13, 2024

_____
UNITED STATES DISTRICT JUDGE

2